UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
SEP - 7 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY
```

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

GLENN REYNALDO,

          Defendant.

CASE NO. 11CR3588-AJB

**JUDGMENT OF DISMISSAL**

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) and 846; 21:853 - Conspiracy to Distribute a Controlled Substance; Criminal Forfeiture

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/29/11

                                    ANTHONY J. BATTAGLIA
                                    UNITED STATES DISTRICT JUDGE